# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**UNITED STATES OF AMERICA,**

        Plaintiff,

-vs-                                          **Case No. 03-CR-118**

**JOSE VEGA,**                                     **USCA    04-1803**

        Defendant.

## DECISION AND ORDER

The above-captioned case has been remanded by the Seventh Circuit Court of Appeals to this Court with directions to act according to the guidance outlined in the case of *United States v. Paladino,* 401 F.3d 471, 7th Cir. (Ill), Feb. 25, 2005.

The Court pursuant to *Paladino* requested briefing on the issue of whether the Court should or would if required to resentence the defendant, impose the original sentence or a different one.

The Court has read the submissions and finds that a full remand is necessary to determine whether a different sentence would be imposed.

Therefore it is hereby requested that the Seventh Circuit Court of Appeals order a full remand for resentencing purposes.

Dated at Milwaukee, Wisconsin, this 20th day of June, 2005.

                                                           **SO ORDERED,**

                                                           **s/ Rudolph T. Randa**
                                                           **HON. RUDOLPH T. RANDA**
                                                           **Chief Judge**